**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE:                                                       CASE NO. 19-10740
DONNA K. HOWELL
   Debtor                                                   CHAPTER 13
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

COMES NOW the Chapter 13 Trustee, Debra L. Miller, and for her Objection to Confirmation states as follows:

1. Trustee objects to confirmation as the Debtor has failed to make their payments as required by the terms of the proposed plan pursuant to 11 U.S.C. §1325(a)(6). Pursuant to the proposed plan, Debtor's monthly payment is $2496.00 and they are currently $3492.00 delinquent. Debtor made one partial payment of $1500.00 only.

2. Trustee objects to confirmation pursuant to 11 U.S.C. § 1325(a)(1) as the Debtor has failed to file all outstanding tax returns as required under 11 U.S.C. § 1308. Debtor has not filed her 2018 tax returns or an extension and the § 341 Meeting remains open. All 2018 refunds must be turned over to assist the debtor is getting current on Plan payments.

3. Trustee objects to confirmation pursuant to 11 U.S.C. § 1322(a)(1) and § 1325(a)(6) as the Plan is not feasible. Debtor testified at the § 341 Meeting that she cannot afford her Plan payment, and claims are higher than scheduled thus far.

4. Trustee objects to confirmation as the Debtor failed to meet the best interests of creditors test pursuant to 11 U.S.C. §1325(a)(4). Debtor gave her daughter real estate and the Plan must always pay a 100% unsecured dividend as a result. Debtor has also yet to provide the requested information regarding Synergy Law and proof her vehicle is insured.

5. Trustee objects to confirmation as the Debtor fails to meet the disposable income test pursuant to 11 U.S.C. §1325(b)(1)(B) as:

   a. As the Debtor is a self employed debtor, the Trustee requests monthly cash flow reports as required by § 704(a)(8) and made applicable through § 1304(c), to monitor the Debtor's income. Additionally, the Trustee has requested but has yet to receive a copy of the business liability policy which covers the Debtor's daycare business.

   b. As the Debtor's business has employees, copies of all 941s along with proof of payment must be provided quarterly as due to ensure that all taxes are being paid as required by L.B.R. B-2015-2.

WHEREFORE, Trustee OBJECTS to confirmation pursuant to 11 U.S.C. §1325(a)(1) and asks that confirmation of the currently proposed plan BE DENIED.

Dated: July 1, 2019

Respectfully Submitted,
/s/Katherine Iskin
Katherine Iskin (33679-71)
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on July 1, 2019

By U.S. Mail to the Debtor(s) and Debtor's Attorney as follows:
    Debtor(s): DONNA K. HOWELL, , 4429 LEIGHTON LANE, , FORT WAYNE, IN, 46816
By electronic e-mail to the Debtor's Attorney and the U.S. Trustee
        Debtor's Attorney: GOLDEN LAW PC
        U.S. Trustee: ustpregion10.so.ecf@usdoj.gov
                                          /s/ Harriette King